AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Marcos Martinez Urbina, Jonathon Elliot Santana Sanchez, Pedro Alfonso Patinez, Antonio Mendez Gimenez, Jose Eduardo Hemriquez, Neomar Xiomar Carreno, Rodolofo Mendoza Duran, Darwin Rivas, Jesus Martinez Urbina | ) ) ) ) ) ) ) |

Case No.

**8:21MJ1226AEP**

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 6, 2021 _____ in the county of _____ Hillsborough _____ in the _____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506 (a) and (b) | Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Marco D. Rodriguez, FBI
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 via telephone or other electronic means.

Date: ___ 3/12/2021 ___

_____
Judge's signature

City and state: ___ Tampa, Florida ___

ELIZABETH A. JENKINS, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

### Introduction and Agent Background

1.      I, Marco Rodriguez, am a Special Agent with the Federal Bureau of Investigation (FBI), and currently assigned to the Tampa Field Office. I have served as a Special Agent with the FBI for over fourteen years. I have conducted numerous criminal drug investigations of both domestic and international drug trafficking organizations involved in the manufacturing, distribution, and possession of controlled substances such as cocaine, methamphetamine, marijuana etc.

2.      Since January 2021, I have been assigned as a Special Agent to Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") composed of the following agencies: the Drug Enforcement Administration ("DEA"), the Federal Bureau of Investigation ("FBI"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), CGIS, the United States Coast Guard ("USCG"), and the United States Attorney's Office of the Middle District of Florida. Special Agents assigned to Operation Panama Express investigate Transnational Criminal Organizations that utilize maritime conveyances to smuggle illicit drugs through international waters of the Pacific Ocean and Caribbean Sea for later distribution into the United States of America.

### Statutory Authority

3.      This affidavit is submitted in support of a criminal complaint and the issuance of arrest warrants for the following individuals:

a.      MARCOS MARTINEZ URBINA

b.      JONATHON ELLIOT SANTANA SANCHEZ

c.      PEDRO ALFONSO PATINEZ

d.      ANTONIO MENDEZ GIMENEZ

e.      JOSE EDUARDO HEMRIQUEZ

f.      NEOMAR XIOMAR CARRENO

g.      RODOLOFO MENDOZA DURAN

h.      DARWIN RIVAS

I.      JESUS MARTINEZ URBINA

seven of them whom are Venezuelan nationals, and two of them whom are Dominican Republic nationals for knowingly and willfully conspiring to possess with the intent to distribute five kilograms or more of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C § 960(b)(1)(B)(ii).

4.     The information contained herein is either personally known to me or has been provided to me by other law enforcement officers with whom I have worked on this investigation. This affidavit is submitted for the limited purpose of establishing probable cause for the criminal charges set forth herein and, therefore, does not contain each and every fact known to me or other law enforcement agents concerning this investigation.

5.    The United States Coast Guard has the authority under 14 U.S.C. § 89 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce federal laws.

### Probable Cause

6.    On or about March 6, 2021, while on routine patrol in the Caribbean Sea, a Maritime Patrol Aircraft ("MPA") located a fishing vessel ("FV") towing an unmanned 20-30 foot go-fast vessel ("GFV") with 12 large fuel barrels onboard, approximately 212 nautical miles SSE of Ponce, Puerto Rico, in international waters. The United States Navy ship USS WICHITA, with an embarked United States Coast Guard (USCG) Law Enforcement Detachment Team (LEDET) onboard, was diverted to investigate the FV and GFV. The USS WICHITA launched a Navy helicopter and rigid hull inflatable boat (RHIB) to intercept the FV and GFV. The helicopter employed warning shots, which were ineffective, and then the FV crew cut loose the GFV, jettisoned packages, and evaded the RHIB. The RHIB, with the embarked LEDET, recovered two bales and went into pursuit of the FV. Once the USS WICHITA arrived on scene with the RHIB and helicopter, the FV became compliant and the FV became dead in the water.

7.    On approach, the LEDET gained positive control of the FV without incident. The crew of the USS WICHITA reported observing and video recorded the jettisoning of 15 bales. The boarding team identified the following crewmembers on board the suspect FV: **MARCOS MARTINEZ URBINA,**

JONATHON ELLIOT SANTANA SANCHEZ, PEDRO ALFONSO PATINEZ, ANTONIO MENDEZ GIMENEZ, JOSE EDUARDO HEMRIQUEZ, NEOMAR XIOMAR CARRENO, RODOLOFO MENDOZA DURAN, DARWIN RIVAS, and JESUS MARTINEZ URBINA.

8.    The master of the suspect FV was identified as **MARCOS MARTINEZ URBINA**. The master made a verbal claim of Venezuelan flag for the vessel. The USS WICHITA was granted a statement of no objection (SNO) to invoke Article 17 and approach the Recognized Government of Venezuela for authorization to stop, board, and search the FV and GFV. The USS WICHITA was able to relocate the GFV and tether the GFV to the FV. The Recognized Government of Venezuela authorized the boarding of the FV under presumptive flag state authority.

9.    A total of 02 bales were recovered from the jettison field, and 02 Narcotic Identification Kits (NIK) tests were conducted on both packages, resulting in positive hits for cocaine. USS WICHITA reported the 02 bales recovered had a total at-sea weight of 60kgs of cocaine. The LEDET conducted 12 IONSCAN swipes on the FV and GFV, resulting in 04 positive results for cocaine (starboard cockpit seat, helm throttle, cabin hatch, and cabin cooler), 02 positive results for heroin (rear port gunwale and helm throttle), and one positive result for MDEA (port cockpit seat). No other contraband was located on the FV or GFV. The USS WICHITA departed the scene due to low fuel state and left both vessels adrift.

## Conclusion

10.     Based upon the foregoing information, I respectively submit that probable cause exists to believe that **MARCOS MARTINEZ URBINA, JONATHON ELLIOT SANTANA SANCHEZ, PEDRO ALFONSO PATINEZ, ANTONIO MENDEZ GIMENEZ, JOSE EDUARDO HEMRIQUEZ, NEOMAR XIOMAR CARRENO, RODOLOFO MENDOZA DURAN, DARWIN RIVAS,** and **JESUS MARTINEZ URBINA,** while aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

Marco Rodriguez
Special Agent, FBI

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P.4.1 and 41 (d)(3), before me this ___ day of March, 2021.

Sworn to and subscribed before me this 12 day of March, 2021.

ELIZABETH A. JENKINS
United States Magistrate Judge